**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03150-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

BRADLEY D. BROSWICK,

      Plaintiff,

v.

ARISTEDES W. ZAVARAS, et. al.,

      Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 6 2011

**GREGORY C. LANGHAM**
CLERK

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

    Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 and a "Request for Order From the Court".  As part of the

court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the

submitted documents are deficient as described in this order.  Plaintiff will be directed to

cure the following if he wishes to pursue his claims.  Any papers which Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month
                  period immediately preceding this filing
(4)   __     is missing certificate showing current balance in prison account
(5)   __     is missing required financial information
(6)   __     is missing an original signature by the prisoner
(7)   __     is not on proper form (must use the court's current form)
(8)   __     names in caption do not match names in caption of complaint, petition or

habeas application

(9) __ An original and a copy have not been received by the court.
Only an original has been received.

(10) __ other:_____.

**Complaint, Petition or Application**:

(11) _X_ is not submitted

(12) __ is not on proper form (must use the court's current form)

(13) __ is missing an original signature by the prisoner

(14) __ is missing page nos. ___

(15) __ uses et al. instead of listing all parties in caption

(16) __ An original and a copy have not been received by the court. Only an
original has been received.

(17) __ Sufficient copies to serve each defendant/respondent have not been
received by the court.

(18) __ names in caption do not match names in text

(19) __ other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty
(30) days from the date of this order**. Any papers which Plaintiff files in response to
this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a
copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies
**within thirty (30) days from the date of this order**, the complaint and the action will
be dismissed without further notice. The dismissal shall be without prejudice. It its

FURTHER ORDERED that Plaintiff's Request for Order from the court (Doc. No.
1) is DENIED as unnecessary pursuant to this order. It is

FURTHER ORDERED that Plaintiff's pleading titled, "Serving Numerous
Defendants," (Doc. No. 2) is DENIED as premature.

DATED January 6, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03150

Bradley D Broswick
Prisoner No. 133047
Buena Vista Correctional Complex
PO Box 2017
Buena Vista, CO 81211

I hereby certify that I have mailed a copy of the **ORDER and two Prisoner Complaint Forms** to the above-named individuals on January 6, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk